## ALLGOOD, AUDITOR, v. GRASSELLI CHEMICAL CO.

(Decided April 20, 1916.)

APPEAL from Montgomery City Court.

Heard before Hon. GASTON GUNTER.

W. L. MARTIN, Attorney General, and J. P. MUDD, Assistant Attorney General, for the State. TILLMAN, BRADLEY & MORROW, for appellee.

SOMERVILLE, J.—Affirmed on authority of *Allgood, Auditor, v. Sloss-S. S. & I. Co., infra,* 71 South. 724.

ANDERSON, C. J., and MAYFIELD and THOMAS, JJ., concur.

---

## ALLGOOD, AUDITOR, v. SEMMET SOLVAY CO.

(Decided April 20, 1916.)

APPEAL from Montgomery City Court.

Heard before Hon. GASTON GUNTER.

W. L. MARTIN, Attorney General, and J. P. MUDD, Assistant Attorney General, for the State. TILLMAN, BRADLEY & MORROW, for appellee.

SOMERVILLE, J.—Affirmed on authority of *Allgood, Auditor, v. Sloss-S. S. & I. Co., infra,* 71 South. 724.

ANDERSON, C. J., MAYFIELD and THOMAS, JJ., concur.

---

## BIBB v. THE STATE.

(Decided June 8, 1916.)

APPEAL from Montgomery City Court.

Heard before Hon. GASTON GUNTER.

WARREN S. REESE, for appellant. W. L. MARTIN, Attorney General, for the State.

MCCLELLAN, J.—The question of guilt vel non was for the jury, and the court did not err in refusing the general charge. Affirmed.

ANDERSON, C. J., SAYRE and GARDNER, JJ., concur.